# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN  (914) 948-5656
RICHARD D. WILLSTATTER  FAX (914) 948-8730  E-MAIL: WILLSTATTER@MSN.COM

May 14, 2018

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

        Re: *United States v. Kathy Scott*
         16 Cr. 626 (KMK)

Dear Judge Karas:

  In connection with Kathy Scott's application for an order directing the MDC Brooklyn to provide the defense with a copy of her medical and mental health records, I enclose a proposed order for the Court's consideration.

              Very truly yours,

              /s/ RICHARD D. WILLSTATTER
              RICHARD D. WILLSTATTER

enclosure
cc: Andrew S. Dember
   Pierre G. Armand
   Assistant United States Attorneys
   (w/enclosure by ECF)