UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                              16 Cr. 626 (KMK)

KATHY SCOTT,

                    Defendant.
-------------------------------------------------------x

WHEREAS, on November 20, 2017, Kathy Scott, the defendant, was detained by order of this Court, and

WHEREAS, Kathy Scott was thereafter detained at MDC Brooklyn in the custody of the Federal Bureau of Prisons until May 4, 2018, and

WHEREAS, Kathy Scott has requested a true copy of her medical and mental health records from MDC Brooklyn for use in connection with the pending case and has previously provided a HIPAA release to the facility,

IT IS HEREBY ORDERED, that personnel at MDC Brooklyn shall produce a copy of Kathy Scott's medical and mental health records to defense counsel, Richard D. Willstatter of Green & Willstatter in White Plains, New York.

Dated:   May 14, 2018
         White Plains, New York

                                                       So Ordered.

                                                       _____
                                                       Hon. Kenneth M. Karas
                                                       United States District Judge