Kathy Scott  78129-054
Danbury  FSL Correctional Facility
33 ½ Pembroke Rd
Danbury CT   06811



August 13, 2020

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Doc 7:16-cr-00626KMK

Dear Judge Karas,

I have been advised to send you a letter with a plea for a compassionate release due to COVID 19. I have exhausted my remedies with the facility so I am asking you to consider my request.

After reading some of the legal actions that have transpired recently ie: Martinez-Brooks vs. Easter, McPearson vs. Lamont as well as memorandums from Attorney General William Barr regarding home confinement during the pandemic I would like you to consider a compassionate release for me.

I have done some research and I believe I qualify to be considered for compassionate release.
First, in reviewing the list by the CDC, I have been a smoker for 30 years, I'm a boarder line diabetic and my BMI is 40. I was also born with a lung disorder Hyaline membrane disease which is prevelent with premature infants. In addition to the above I have had 2 surgeries in the last 14 months while incarcerated. I had to wait 3 weeks to have surgery on a broken ankle which has left me with screws and pins in my ankle. I also had to spend 2

months in a wheelchair. I also had surgery on my left eye. The end result of that is I am now legally blind in that eye. I had a detached retina that could not be reattached due to the the fact that it was not attended to for weeks and that should have been handled as an emergency. I realize the surgeries are not on the CDC list but they have taxed my immune system and I am now on antibiotics for 3 months for a skin infection that wouldn't get better. In addition I have a visceral detachment in my right eye which happened while incarcerated. This is making my eyesight in my right eye very difficult to see clearly as well.

In addition to the plea I invite you to review my record in jail. I have learned a lot while incarcerated and I see things from a different perspective. I am able to see things from both sides of the bars. I have also utilized my time here to get as much education as possible so when I return to society I will have choices for a new career. I have attended classes offered by the prison as well as I'm going to Rio Salado College. I expect to attain an associates degree in Business Management.

As part of your decision please be aware I have a house that has a separate apartment where I can quarantine for the required amount of time if I'm released to home incarceration.

I am confident I will never be a threat to society. Other than the work related incident that I am serving time for now, I have never been arrested, I never even so much as had a traffic ticket.

I pray you will consider me for compassionate release.

Very Truly yours,

*Kathy Scott*

Kathy Scott

Motion for Compassionate Release under 18 U.S.C. Section 3582 is denied without prejudice, as the Court lacks jurisdiction due to Ms. Scott's pending appeal of the judgment of conviction. When the appeal is resolved, Ms. Scott may renew her motion.

So Ordered.

9/23/20

Kathy Scott 78139-054
Danbury FSL Correction Facility
33½ Pembroke Rd.
Danbury, CT 06811

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, N.Y. 10601