UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Kathy Scott,

                                Petitioner,        ORDER

          - against -                         22 Civ. 00149 (KMK)
                                                     16 Cr.  00626 (KMK)

United States of America,

                                Respondent.
-----------------------------------------------------------------x

       The United States of America shall respond to Petitioner's application, pursuant to 28 U.S.C. §2255, within 60 days of the date of this order.

       Upon receipt thereof, this Court will make such other or further order as may be appropriate so that these proceedings may be heard and determined.

Dated:  White Plains, New York
           February 7, 2022

                                                          SO ORDERED

                                                          Kenneth M. Karas, U.S.D.J.